IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 00-40903
Conference Calendar

---

BRET CAHILL, Former Employees,
Job Seekers & Other Citizens of
the State of Texas,

                                        Plaintiff-Appellant,

versus

STATE OF TEXAS; MIKE SHERIDAN,
Jointly & severally,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:00-CV-330
- - - - - - - - - -
June 13, 2001

Before WIENER, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Bret Cahill appeals from the district court's order denying his motion for injunctive relief. Instead of specifically addressing the four factors he must establish in order to prevail on a request for a preliminary injunction, see Lakedreams v. Taylor, 932 F.2d 1103, 1107 (5th Cir. 1991), Cahill argues only that the district court's First Amendment forum analysis was erroneous. The issue of the propriety of a preliminary injunction, the only issue before this court, is therefore

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

considered abandoned on appeal.  See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993).  The district court did not abuse its discretion by denying Cahill's motion for a preliminary injunction.  See Lakedreams, 932 F.2d at 1106.

AFFIRMED.